**LOWENSTEIN SANDLER LLP**
Jeffrey Cohen, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 262-6700
E-mail: jcohen@lowenstein.com

*Counsel to Chanel, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*: | Chapter 11 |
| HORGAN, INC., | Case No.: 23-10325 (DSJ) |
| Debtor. | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Lowenstein Sandler LLP hereby appears on behalf of Chanel, Inc. ("Chanel"), pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Chanel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

Jeffrey Cohen, Esq.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 262-6700
E-mail: jcohen@lowenstein.com

37319/2
03/14/2023 213311831.1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of Chanel to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Chanel, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 14, 2023　　　　　　　　　　　　**LOWENSTEIN SANDLER LLP**

　　　　　　　　　　　　　　　　　　　　　　/s/ *Jeffrey Cohen*
　　　　　　　　　　　　　　　　　　　　　　Jeffrey Cohen, Esq.
　　　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 262-6700
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 262-7402
　　　　　　　　　　　　　　　　　　　　　　E-mail: jcohen@lowenstein.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to Chanel, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on March 14, 2023, the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS was served by: (1) electronic notification through the court's CM/ECF System on all parties registered to receive notice in this case.

**LOWENSTEIN SANDLER LLP**

By: /s/ Jeffrey Cohen
Jeffrey Cohen